United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 23-03027-GER |
| Jacqueline Marie Cushing | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 8 |
| Date Rcvd: Aug 01, 2023 | Form ID: 309I | Total Noticed: 180 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline Marie Cushing, 8149 Woodsworth Drive, Orlando, FL 32817-1540 |
| 30480698 | + | AES/NJ HIGHER EDUCAT, 1200 N 7TH STREET, HARRISBURG, PA 17102-1419 |
| 30480697 | + | AES/NJHIGHED, POB 61047, HARRISBURG, PA 17106-1047 |
| 30480699 | ++ | ALLIED INTERNATIONAL CREDIT CORP US, 6800 PARAGON PLACE, SUITE 400, RICHMOND VA 23230-1654 address filed with court:, Allied International Credit, Corp, 6800 Paragon Place Suite 400, Richmond, VA 23230 |
| 30480703 | | ATERSO01, PO Box 1280, Oaks, PA 19456-1280 |
| 30480692 | | Advent Health Fish, Memorial, PO Box 105571, Atlanta, GA 30348-5571 |
| 30480694 | | Advent Health Imaging, Center, PO Box 946556, Atlanta, GA 30394-6556 |
| 30480693 | + | Advent Health Imaging, Center, PO Box 864556, Orlando, FL 32886-4556 |
| 30480695 | + | Advent Health Medical, Group, PO Box 864552, Orlando, FL 32886-4552 |
| 30480696 | | Advent Health Medical, Group, PO Box 947552, Atlanta, GA 30394-7552 |
| 30480704 | | Atlantic Urgent Care, 735 Dunlawton Ave, Port Orange, 32127-9226 |
| 30480711 | + | BK OF MO, PO BOX 85710, SIOUX FALLS, SD 57118-5710 |
| 30480713 | | BRIDGECREST CREDIT C, 1800 N COLORADO ST, GILBERT, AZ 85233 |
| 30480708 | | Badcock Furniture & More, PO Box 745688, Atlanta, GA 30374-5688 |
| 30480716 | | Brighthouse Networks, PO Box 30574, Tampa, FL 33630-3574 |
| 30480717 | + | Bruce A Chamberlain, 400 Bayonet St, Suite 102, New London, CT 06320-2600 |
| 30480725 | + | Central Florida Expressway, Authority, 525 South Magnolia Ave, Orlando, FL 32801-3705 |
| 30480726 | + | Central Florida Expressway, Authority, P.O Box 720218, Orlando, FL 32872-0218 |
| 30480727 | | City of Port Orange, PO Box 291037, Port Orange, FL 32129-1037 |
| 30480730 | + | Cotter Greenfield Manfredi, Lenes, PC, 34 Courthouse SQ 3rd Floor, Norwich, CT 06360-5707 |
| 30480748 | + | Debtsy Inc, 130 W 25th St 6C, New York, NY 10001-7406 |
| 30480749 | + | Department 813, PO Box 4115, Concord, CA 94524-4115 |
| 30480750 | + | Department 922, PO Box 4115, Concord, CA 94524-4115 |
| 30480753 | | Duke Energy, PO Box 1094, Charlotte, NC 28201-1094 |
| 30480752 | + | Duke Energy, PO Box 14042, St. Petersburg, FL 33733-4042 |
| 30480765 | | EZDriveMA Payment, Processing Center, PO Box 847840, Boston, MA 02284-7840 |
| 30480759 | | Eastern Account System of Connecticut INC, PO Box 1280, Oaks, PA 19456-1280 |
| 30480761 | + | Engine Realty INC, 10244 E Colonial Drive, Ste 113, Orlando, FL 32817-4365 |
| 30480762 | | Enterprise Rent-A-Car, 5442 Hoffner Ave, Orlando, FL 32812-2501 |
| 30480774 | | FedEx, PO Box 371461, Pittsburgh, PA 15250-7461 |
| 30480773 | | FedEx, PO Box 660481, Dallas, TX 75266-0481 |
| 30480778 | | Florida Cancer Specialists, PO Box 919527, Orlando, FL 32891-9527 |
| 30480784 | | Geico Regional Office, One Geico Center, Macon, GA 31296-0001 |
| 30480787 | | Halifax Health, PO Box 732894, Dallas, TX 75373-2894 |
| 30480788 | | Halifax Healthcare, Systems Inc, PO Box 14000, Belfast, ME 04915-4033 |
| 30480789 | | Halifax Medical, Center/PT, PO Box 732894, Dallas, TX 75373-2894 |
| 30480790 | | Halifax Pathology, Associates PA, PO Box 935088, Atlanta, GA 31193-5088 |
| 30480792 | | Halsted Financial Services, LLC, PO Box 505, Linden, MI 48451-0505 |
| 30480793 | + | Howard Lee Schiff, P.C., 510 Tolland St, East Hartford, CT 06108-2523 |
| 30480799 | + | Leland M. Pavoll, ESQ., PO Box 2117, Salem, NH 03079-1120 |
| 30480800 | + | Lin Shin-Chun, PO Box 679432, Orlando, Fl 32867-9432 |

| | | |
|---|---|---|
| 30480801 | | Linebarger Goggan Blair AND, Sampson, LLP, PO Box 708905, San Antonio, TX 78270-8905 |
| 30480807 | + | Michael W. Hennen, ESQ, 425 W. Colonial, Suite 204, Orlando 32804-6863 |
| 30480819 | + | PORTFOLIO RECOV, ASSOCIATES, LLC, PO Box 12903, Norfolk, VA 23541-0903 |
| 30480820 | + | POSSIBLEFINA, 500 YALE AVE. N, SEATTLE, WA 98109-5680 |
| 30480823 | | Prince Parker & Associates, INC, PO Box 474690, Charlotte, NC 28247-4690 |
| 30480824 | | Radiology Imaging Associates, PO Box 25526, Miami, FL 33102-5526 |
| 30480834 | | SANTANDER CONSUMER USA INC, PO Box 9105, Temecula, CA 92589-9105 |
| 30480835 | + | Seaworld Parks &, Entertainment Inc, 6240 Sea Harbor Drive, Orlando, FL 32821-8022 |
| 30480841 | + | Sterling Superior, Services, INC, PO Box 62, Bozrah, CT 06334-0062 |
| 30480853 | + | TOMOCREDIT, P. O. BOX 194807, SAN FRANCISCO, CA 94119-4807 |
| 30480854 | + | TOMOCREDIT INC, 535 MISSION ST, SAN FRANCISCO, CA 94105-2997 |
| 30480864 | + | Volusia County Public, Library, 1290 Indian Lake Road, Daytona Beach, FL 32124-1038 |
| 30480865 | | Waypoint Resource Group LLC, PO Box 1081, San Antonio, TX 78294-1081 |
| 30480868 | + | Zheng Chunyng, PO Box 679432, Orlando, FL 32867-9432 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: ecf@c13orl.com | Aug 01 2023 21:27:00 | Laurie K Weatherford, Post Office Box 3450, Winter Park, FL 32790-3450 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Aug 01 2023 21:28:00 | United States Trustee - ORL7/13, 7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 30480701 | | Email/Text: collectors@arresourcesinc.com | Aug 01 2023 21:27:00 | AR Resources, PO Box 1056, Bluebell, PA 19422-0287 |
| 30480702 | | Email/Text: legal@arsnational.com | Aug 01 2023 21:28:00 | ARS National Services INC, PO Box 469100, Escondido, CA 92046-9100 |
| 30480705 | | EDI: ATTWIREBK.COM | Aug 02 2023 01:20:00 | AT&T, PO Box 5014, Carol Stream, IL 60197-5014 |
| 30480706 | + | EDI: CINGMIDLAND.COM | Aug 02 2023 01:20:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 30480707 | + | Email/Text: paymentprocessing@avanteusa.com | Aug 01 2023 21:27:00 | AVANTE, 3600 SOUTH GESSNER, HOUSTON, TX 77063-5184 |
| 30480691 | | Email/Text: nancy.jackson@adventhealth.com | Aug 01 2023 21:27:00 | Advent Health, 770 W. Granada, Suite 203, Ormond Beach, FL 32174-5179 |
| 30480700 | ^ | MEBN | Aug 01 2023 21:21:16 | AlliedInterstate LLC, PO Box 19326, Minneapolis, MN 55419-0326 |
| 30480712 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 01 2023 21:28:00 | BRIDGECREST, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 30480714 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 01 2023 21:28:00 | BRIDGECREST, 7300 E HAMPTON AVE, MESA, AZ 85209-3324 |
| 30480709 | + | Email/Text: bali@badcock.com | Aug 01 2023 21:27:00 | Badcock & More, PO Box 724, Mulberry, FL 33860-0724 |
| 30480710 | | Email/Text: CLIENTSERVICES@BHRLLC.COM | Aug 01 2023 21:27:00 | Balanced Healthcare, Receivables, PO Box 9577, Manchester, NH 03108-9577 |
| 30480718 | + | EDI: CAPITALONE.COM | Aug 02 2023 01:20:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 30480720 | ^ | MEBN | Aug 01 2023 21:21:18 | CCB/BALANCE, 33 NORTH LASALLE STREET, CHICAGO, IL 60602-2603 |
| 30480721 | + | EDI: CCS.COM | Aug 02 2023 01:20:00 | CCS COLLECTIONS, 725 CANTON STREET, NEWTON, MA 02062-2679 |
| 30480722 | | EDI: CCS.COM | | |

Case 6:23-bk-03027-GER   Doc 10   Filed 08/03/23   Page 3 of 10

| District/off: 113A-6 | User: admin | Page 3 of 8 |
|---|---|---|
| Date Rcvd: Aug 01, 2023 | Form ID: 309I | Total Noticed: 180 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 30480723 | + Email/Text: bzern@celticbank.com | Aug 02 2023 01:20:00 | CCS Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 30480735 | EDI: CKSFINANCIAL.COM | Aug 01 2023 21:28:00 | CELTIC BANK/CONTINEN, 268 S. STATE ST, SUITE 300, SALT LAKE CITY, UT 84111-5314 |
| 30480732 | ^ MEBN | Aug 02 2023 01:19:00 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 30480733 | ^ MEBN | Aug 01 2023 21:20:57 | CKS PRIME IN, 1800 ROUTE 34 N, WALL, NJ 07719-9168 |
| 30480734 | + EDI: CKSFINANCIAL.COM | Aug 01 2023 21:20:58 | CKS PRIME INVESTMENT, 1800 ROUTE 34, SUITE 305, WALL, NJ 07719-9146 |
| 30480825 | Email/Text: cfcbackoffice@contfinco.com | Aug 02 2023 01:19:00 | CKS Prime Investments, 505 Independence Parkway, Suite 300, Chesapeake, VA 23320-5178 |
| 30480724 | Email/Text: cfcbackoffice@contfinco.com | Aug 01 2023 21:27:00 | Reflex Mastercard, PO Box 6812, Carol Stream, IL 60197-6812 |
| 30480737 | + EDI: CCS.COM | Aug 01 2023 21:27:00 | CELTIC/CONT, 4550 NEW LINDEN HILL ROAD, WILMINGTON, DE 19808 |
| 30480738 | + EDI: CCS.COM | Aug 02 2023 01:20:00 | CREDIT COLL, PO BOX 607, NORWOOD, MA 02062-0607 |
| 30480741 | Email/Text: correspondence@credit-control.com | Aug 02 2023 01:20:00 | CREDIT COLLECTION SERV, 725 CANTON ST, NORWOOD, MA 02062-2679 |
| 30480743 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 01 2023 21:27:00 | Credit Control, LLC, PO Box 488, Hazelwood, MO 63042 |
| 30480746 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 01 2023 21:36:59 | CREDIT ONE BANK, 6801 S. CIMARRON ROAD, LAS VEGAS, NV 89113-2273 |
| 30480747 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 01 2023 21:25:41 | CREDIT ONE BANK NA, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 30480719 | EDI: CAPITALONE.COM | Aug 01 2023 21:26:27 | CREDITONEBNK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 30480736 | + Email/Text: mediamanagers@clientservices.com | Aug 02 2023 01:20:00 | Capital One, PO Box 60599, City of Industry, CA 91716-0599 |
| 30480728 | Email/Text: tuscolsup@fisglobal.com | Aug 01 2023 21:27:00 | Client Services, INC, 3451 Harry S Truman Blvd, St. Charles, MO 63301-9816 |
| 30480729 | EDI: CONVERGENT.COM | Aug 01 2023 21:28:00 | Complete Payment Recovery, Services, INC, PO Box 30184, Tampa, FL 33630-3184 |
| 30480740 | + EDI: CCS.COM | Aug 02 2023 01:20:00 | Convergent Outsourcing Inc, PO Box 9004, Renton, WA 98057-9004 |
| 30480739 | EDI: CCS.COM | Aug 02 2023 01:20:00 | Credit Collection Services, PO Box 447, Norwood MA 02062-0447 |
| 30480742 | + Email/Text: clientservices@credit-control.com | Aug 02 2023 01:20:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 30480744 | Email/PDF: creditonebknotifications@resurgent.com | Aug 01 2023 21:28:00 | Credit Control LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 30480745 | Email/PDF: creditonebknotifications@resurgent.com | Aug 01 2023 21:26:28 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 30480751 | Email/Text: bankruptcy@ercopco.com | Aug 01 2023 21:37:36 | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 30480754 | ^ MEBN | Aug 01 2023 21:28:00 | Drive ERT, 700 Port Centre Parkway, Suite 2B, Portsmouth, VA 23704-5901 |
| 30480756 | ^ MEBN | Aug 01 2023 21:20:22 | Dynamic Recovery Solutions, PO Box 25759, Greenville, SC 29616-0759 |

| District/off: 113A-6 | User: admin | Page 4 of 8 |
|---|---|---|
| Date Rcvd: Aug 01, 2023 | Form ID: 309I | Total Noticed: 180 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 01 2023 21:20:57 | EASTERN ACCOUNT SYST, 3 CORPORATE DR, DANBURY, CT 06810-4166 |
| 30480757 | | ^ MEBN | | |
| | | | Aug 01 2023 21:21:15 | EASTERN ACCOUNT SYSTEM, 111 PARK RIDGE RD, BROOKFIELD, CT 06804-3981 |
| 30480755 | | ^ MEBN | | |
| | | | Aug 01 2023 21:21:16 | EASTERNACCOS, 75 GLEN ROAD, SANDY HOOK, CT 06482-1175 |
| 30480764 | | Email/Text: bknotice@ercbpo.com | | |
| | | | Aug 01 2023 21:28:00 | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 30480763 | | Email/Text: bknotice@ercbpo.com | | |
| | | | Aug 01 2023 21:28:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 30480758 | | ^ MEBN | | |
| | | | Aug 01 2023 21:20:41 | Eastern Account System of Connecticut INC, PO Box 837, Newtown, CT 06470-0837 |
| 30480760 | | Email/Text: pba_legal@duvasawko.com | | |
| | | | Aug 01 2023 21:28:14 | Emergency Medicine, Professionals, P.A., PO Box 9430, Daytona Beach, FL 32120-9430 |
| 30480766 | + | Email/Text: bankruptcy@fco.com | | |
| | | | Aug 01 2023 21:27:00 | FAIR COLLECTIONS & O, 12304 BALTIMORE AVE STE E, BELTSVILLE, MD 20705-1314 |
| 30480769 | + | Email/Text: bankruptcy@fco.com | | |
| | | | Aug 01 2023 21:27:00 | FCO, 12304 BALTIMORE AVE, BELTSVILLE, MD 20705-1314 |
| 30480770 | | ^ MEBN | | |
| | | | Aug 01 2023 21:21:20 | FDOT, PO Box 31241, Tampa, FL 33631-3241 |
| 30480776 | + | EDI: BLUESTEM | | |
| | | | Aug 02 2023 01:20:00 | FINGERHUT/WEBBANK, 6250 RIDGEWOOD ROAD, ST CLOUD, MN 56303-0820 |
| 30480768 | + | Email/Text: crdept@na.firstsource.com | | |
| | | | Aug 01 2023 21:28:00 | FIRSTSOURCE ADVANTAGE LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 30480767 | | Email/Text: crdept@na.firstsource.com | | |
| | | | Aug 01 2023 21:28:00 | FIRSTSOURCE ADVANTAGE LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 30480772 | | Email/Text: Bankruptcy@fpl.com | | |
| | | | Aug 01 2023 21:27:00 | FPL, General Mail Facility, Miami, FL 33188-0001 |
| 30480775 | | Email/Text: data_processing@fin-rec.com | | |
| | | | Aug 01 2023 21:28:00 | Financial Recovery Services, INC, PO Box 385908, Minneapolis, MN 55438-5908 |
| 30480777 | | EDI: BLUESTEM | | |
| | | | Aug 02 2023 01:20:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 30480538 | | EDI: FLDEPREV.COM | | |
| | | | Aug 02 2023 01:19:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 30480779 | + | Email/Text: bankruptcies@foxcollection.com | | |
| | | | Aug 01 2023 21:28:00 | Fox Collection Center, PO Box 528, Goodlettsville, TN 37070-0528 |
| 30480780 | | Email/Text: bankruptcynotification@ftr.com | | |
| | | | Aug 01 2023 21:28:00 | Frontier, PO Box 740407, Cincinatti, OH 45274-0407 |
| 30480782 | | ^ MEBN | | |
| | | | Aug 01 2023 21:20:16 | Geico, One Geico Plaza, Bethesda, MD 20810-0001 |
| 30480781 | | ^ MEBN | | |
| | | | Aug 01 2023 21:21:26 | Geico, PO Box 70775, Philadelphia, PA 19176-0775 |
| 30480783 | | ^ MEBN | | |
| | | | Aug 01 2023 21:21:23 | Geico, PO Box 70776, Philadelphia, PA 19176-0776 |
| 30480785 | | Email/Text: clientservices@glassmountaincapital.com | | |
| | | | Aug 01 2023 21:27:00 | Glass Mountain Capital LLC, 1375 E. Woodfield Rd, Suite 400, Schaumburg, IL 60173-5426 |
| 30480786 | | Email/Text: tdillon@gulfcoastcollection.com | | |
| | | | Aug 01 2023 21:28:00 | Gulf Coast Collection, Bureau Inc, PO Box 21239, Sarasota, FL 34276-4239 |
| 30480791 | | Email/Text: reports@halstedfinancial.com | | |
| | | | Aug 01 2023 21:27:00 | Halsted Financial Services, LLC, PO Box 828, Skokie, IL 60076-0828 |
| 30480794 | + | EDI: LCIICSYSTEM | | |
| | | | Aug 02 2023 01:20:00 | I C SYSTEM, PO BOX 64378, SAINT PAUL, MN 55164-0378 |

| District/off: 113A-6 | User: admin | Page 5 of 8 |
|---|---|---|
| Date Rcvd: Aug 01, 2023 | Form ID: 309I | Total Noticed: 180 |

| | | | | |
|---|---|---|---|---|
| 30480539 | | EDI: IRS.COM | Aug 02 2023 01:20:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 30480795 | | EDI: JEFFERSONCAP.COM | Aug 02 2023 01:20:00 | JEFFCAPSYS, 16 MCLELAND RD, SAINT CLOUD, MN 56303 |
| 30480796 | | EDI: JEFFERSONCAP.COM | Aug 02 2023 01:20:00 | JEFFERSON CAPITAL SY, 16 MCLELAND RD, ST CLOUD, MN 56303 |
| 30480798 | | EDI: JEFFERSONCAP.COM | Aug 02 2023 01:20:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago, IL 60677-2813 |
| 30480797 | | EDI: JEFFERSONCAP.COM | Aug 02 2023 01:20:00 | Jefferson Capital Systems, LLC, PO Box 11407, Birmingham, AL 35246-6419 |
| 30480813 | | Email/Text: ksoto@pandbcapitalgroup.com | Aug 01 2023 21:27:00 | PBCAPIGRP, 455 CENTER RD, WEST SENECA, NY 14224 |
| 30480803 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2023 21:36:56 | LVNV FUNDING, C/O RESURGENT CAPITAL SERVICES, GREENVILLE, SC 29602 |
| 30480806 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2023 21:36:56 | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 30480805 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2023 21:26:28 | LVNV FUNDING LLC, 55 BEATTIE PLACE, GREENVILLE, SC 29601-5115 |
| 30480804 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2023 21:25:40 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 30480802 | + | Email/Text: houston_bankruptcy@LGBS.com | Aug 01 2023 21:28:00 | Linebarger Goggan Blair AND, Sampson, LLP, 4828 Loop Central Drive, Suite 600, Houston, TX 77081-1246 |
| 30480809 | | Email/Text: ahull@midwestfidelity.com | Aug 01 2023 21:27:00 | Midwest Fidelity Services, 103 S. Main St., Ottawa, KS 66067-2327 |
| 30480810 | + | Email/Text: bankruptcy@moneylion.com | Aug 01 2023 21:28:00 | MONEYLION, PO BOX 1547, SANDY, UT 84091-1547 |
| 30480811 | + | Email/Text: bankruptcy@moneylion.com | Aug 01 2023 21:28:00 | MONEYLION INC., 30 W 21ST STREET, NEW YORK, NY 10010-6957 |
| 30480808 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 01 2023 21:28:00 | Midland Funding, LLC, 3111 Camino Del Rio N, Suite 103, San Diego, CA 92108-5721 |
| 30480812 | | Email/Text: Bankruptcy@nacscom.com | Aug 01 2023 21:27:00 | North American, Credit Services, PO Box 182221, Chattanooga, TN 37422-7221 |
| 30480537 | + | Email/Text: Bankruptcy@octaxcol.com | Aug 01 2023 21:27:00 | Orange County Tax Collector, PO Box 545100, Orlando FL 32854-5100 |
| 30480814 | | Email/Text: bankruptcies@penncredit.com | Aug 01 2023 21:27:00 | Penn Credit, PO Box 69703, Harrisburg, PA 17106-9703 |
| 30480822 | | Email/Text: legal@performantcorp.com | Aug 01 2023 21:27:00 | Premiere Credit of North, America, LLC, PO Box 19309, Indianapolis, IN 46219-0309 |
| 30480817 | + | EDI: PRA.COM | Aug 02 2023 01:20:00 | PORTFOLIO RECOV ASSOC, 150 CORPORATE BLVD, NORFOLK, VA 23502-4952 |
| 30480816 | + | EDI: PRA.COM | Aug 02 2023 01:20:00 | PORTFOLIO RECOVERY A, 120 CORPORATE BLVD, STE 100, NORFOLK, VA 23502-4952 |
| 30480815 | | EDI: PRA.COM | Aug 02 2023 01:20:00 | PORTFOLIO RC, 140 CORPORATE BLVD, NORFOLK, VA 23502 |
| 30480818 | | EDI: PRA.COM | Aug 02 2023 01:20:00 | Portfolio Recovery, Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 30480821 | | Email/Text: bankruptcy@possiblefinance.com | Aug 01 2023 21:27:00 | POSSIBLE FINANCIAL INC, 117 E LOUISA ST # 299, SEATTLE, WA 98102 |
| 30480823 | | ^ MEBN | | |

| District/off: 113A-6 | User: admin | Page 6 of 8 |
|---|---|---|
| Date Rcvd: Aug 01, 2023 | Form ID: 309I | Total Noticed: 180 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 30480829 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2023 21:21:30 | Prince Parker & Associates, INC, PO Box 474690, Charlotte, NC 28247-4690 |
| 30480826 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2023 21:36:53 | Resurgent Capital Services, 55 Beattie Place, Greenville, SC 29601-2165 |
| 30480827 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2023 21:36:53 | Resurgent Capital Services, PO Box 1410, Troy, MI 48099-1410 |
| 30480828 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2023 21:26:35 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 30480830 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 01 2023 21:37:07 | Resurgent Capital Services, PO Box 510090, Livonia, MI 48151-6090 |
| 30480831 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 01 2023 21:28:00 | SANTANDER, PO BOX 961211, FORT WORTH, TX 76161-0211 |
| 30480833 | | Email/Text: enotifications@santanderconsumerusa.com | Aug 01 2023 21:28:00 | SANTANDER CONSUMER U, 8585 N STEMMONS FWY, STE 1100-N, DALLAS, TX 75247-3822 |
| 30480832 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 01 2023 21:28:00 | SANTANDER CONSUMER USA, PO Box 660633, Dallas, TX 75266-0633 |
| 30480840 | | Email/Text: support@spirerecoverysolutions.com | Aug 01 2023 21:28:00 | SANTANDER CONSUMER USA, PO BOX 961245, FT WORTH, TX 76161-0244 |
| 30480843 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 01 2023 21:27:00 | Spire Recovery Solutions, 57 Canal St, Suite 302, Lockport, NY 14094 |
| 30480842 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 01 2023 21:27:00 | SUNRISE CREDIT SERVI, 8 CORPORATE CENTER DRIVE, MELVILLE, NY 11747-3193 |
| 30480846 | | EDI: RMSC.COM | Aug 01 2023 21:27:00 | SUNRISECRED, 260 AIRPORT PLAZA, FARMINGDALE, NY 11735-3946 |
| 30480848 | + | EDI: RMSC.COM | Aug 02 2023 01:19:00 | SYNCB/CARE CREDIT, C/O P.O. BOX 965036, ORLANDO, FL 328965036 |
| 30480845 | + | EDI: RMSC.COM | Aug 02 2023 01:19:00 | SYNCB/CARE CREDIT, 950 FORRER BLVD, KETTERING, OH 45420-1469 |
| 30480836 | | Email/PDF: clerical@simmassociates.com | Aug 02 2023 01:19:00 | SYNCB/CARECR, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 30480837 | | Email/Text: dl-csgbankruptcy@charter.com | Aug 01 2023 21:26:31 | Simm Associates, INC, PO Box 7526, Newark, DE 19714-7526 |
| 30480838 | | Email/Text: charterlegaldepartment@charter.com | Aug 01 2023 21:28:00 | Spectrum, PO Box 30574, Tampa, FL 33630-3574 |
| 30480844 | | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 01 2023 21:27:00 | Spectrum, PO Box 7195, Pasadena, CA 91109-7195 |
| 30480847 | | EDI: RMSC.COM | Aug 01 2023 21:27:00 | Sunrise Credit Services, PO Box 9100, Farmingdale, NY 11735-9100 |
| 30480849 | | EDI: RMSC.COM | Aug 02 2023 01:19:00 | Synchrony Bank, PO Box 965033, Orlando, FL 32896-5033 |
| 30480851 | + | EDI: TCISOLUTIONS.COM | Aug 02 2023 01:19:00 | Synchrony Bank CareCredit, PO Box 960061, Orlando, FL 32896-0061 |
| 30480852 | + | EDI: TCISOLUTIONS.COM | Aug 02 2023 01:20:00 | TBOM/VT, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 30480858 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 02 2023 01:20:00 | THE BANK OF MISSOURI, 2700 S LORRAINE PLACE, SIOUX FALLS, SD 57106-3657 |
| 30480859 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 01 2023 21:27:00 | TOYOTA MOTOR CREDIT, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 30480850 | ^ | MEBN | Aug 01 2023 21:27:00 | TOYOTA MTR, 1500 WEST PARK, WESTBOROUGH, MA 01581-3936 |

| District/off: 113A-6 | User: admin | Page 7 of 8 |
|---|---|---|
| Date Rcvd: Aug 01, 2023 | Form ID: 309I | Total Noticed: 180 |

| Recip ID | | Bypass/Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 01 2023 21:20:38 | Tate & Kirlin Associates, Inc, 580 Middletown Blvd, Suite 240, Langhorne, PA 19047-1876 |
| 30480855 | | EDI: TCISOLUTIONS.COM | Aug 02 2023 01:20:00 | Total Visa, PO Box 5220, Soux Falls, SD 57117-5220 |
| 30480857 | ^ | MEBN | Aug 01 2023 21:21:20 | Total Visa, PO Box 5237, Soux Falls, SD 57117-5237 |
| 30480856 | | EDI: TCISOLUTIONS.COM | Aug 02 2023 01:20:00 | Total Visa, PO Box 5069, Soux Falls, SD 57117-5069 |
| 30480860 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 01 2023 21:28:00 | Transworld Systems Inc, 500 Virginia Drive, Ft Washington, PA 19034-2733 |
| 30480861 | + | Email/Text: bankruptcy@uflp.com | Aug 01 2023 21:27:00 | Universal Fidelity LP, PO Box 5444, Katy, TX 77491-5444 |
| 30480863 | + | Email/Text: webadmin@vhllc.co | Aug 01 2023 21:28:00 | VANCEHUFFMAN, 55 MONETTE PARKWAY, SMITHFIELD, VA 23430-2577 |
| 30480862 | ^ | MEBN | Aug 01 2023 21:21:29 | Valor Intelligent Processing, LLC, PO Box 551259, Jacksonville, FL 32255-1259 |
| 30480867 | + | Email/Text: bali@badcock.com | Aug 01 2023 21:27:00 | W.S.BADCOCK CORP., 200 NPHOSPHATE BV, MULBERRY, FL 33860-2328 |
| 30480866 | + | EDI: BLUESTEM | Aug 02 2023 01:20:00 | WEBBNK/FHUT, 13300 PIONEER TRAIL, EDEN PRAIRIE, MN 55347-4120 |

TOTAL: 126

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30480715 | ## | Brighthouse Networks, PO Box 790450, St Louis, MO 63179-0450 |
| 30480731 | ## | County of Volusia, PO Box 23928, Tampa, FL 33623-3928 |
| 30480771 | ## | FDOT, PO Box 71237, Charlotte, NC 28272-1237 |
| 30480839 | ## | Spectrum, PO Box 790450, St Louis, MO 63179-0450 |

TOTAL: 0 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 03, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Laurie K Weatherford | ecfdailysummary@c13orl.com |

District/off: 113A-6  User: admin  Page 8 of 8
Date Rcvd: Aug 01, 2023  Form ID: 309I  Total Noticed: 180

United States Trustee - ORL7/13, 7
                USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Jacqueline Marie Cushing<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3266<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Middle District of Florida | Date case filed for chapter: 13    7/28/23 |
| Case number: | 6:23–bk–03027–GER | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Jacqueline Marie Cushing | |
| 2. | **All other names used in the last 8 years** | dba Timelessly Vintage Collection | |
| 3. | **Address** | 8149 Woodsworth Drive<br>Orlando, FL 32817 | |
| 4. | **Debtor's attorney**<br>Name and address | None | |
| 5. | **Bankruptcy Trustee**<br>Name and address | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790 | Contact phone 407–648–8841 |
| 6. | **Bankruptcy Clerk's Office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | George C. Young Federal Courthouse<br>400 West Washington Street.<br>Suite 5100<br>Orlando, FL 32801 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br>Contact phone 407–237–8000<br>Date: August 1, 2023 |

**For more information, see page 2**

Debtor **Jacqueline Marie Cushing**                                                                                           Case number **6:23–bk–03027–GER**

| | | |
|---|---|---|
| **7. Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | August 24, 2023 at 11:44 AM <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Meeting will be held telephonically** <br><br> Trustee: Laurie K Weatherford <br> Call in number: 877–506–8680 <br> Passcode: 3867774 |
| \*\*\* Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. \*\*\* | | |
| **8. Deadlines** <br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** <br><br> **You must file:** <br> • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or <br> • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: October 23, 2023** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: October 6, 2023** |
| | **Deadline for governmental units to file a proof of claim:** | **For a governmental unit: 180 days from the date of filing** |
| | **Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov or at any bankruptcy clerk's office. <br> If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. <br> **Attention Mortgage Holders:** Attachments to your Proof of Claim may be required by changes to Rule 3001. Forms and attachments are available at at www.uscourts.gov. | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan, hearing on confirmation of plan** | The plan will be sent separately. The initial confirmation hearing will be held on: <br> **September 27, 2023 at 09:00 AM**, Location: **Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801** <br><br> Debtors and their attorneys are not required to attend the Initial Confirmation Hearing because, in most cases, the Initial Confirmation Hearing will be continued to a date after the deadline for filing proofs of claim. However, the Court will hear and may rule on motions and objections that are separately noticed for hearing for the same time as the Initial Confirmation Hearing. <br> Local Rule 5073–1 restricts the entry of electronic devices and mobile phones into the Courthouse. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |
| **14. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. | |