UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

**FILED**

AUG -9 2023

Clerk, U.S. Bankruptcy,
Orlando Division

IN RE:

JACQUELINE CUSHING

    Debtor.

_____/

Case No.   6:23-bk-03027-GER
Chapter: 13

## DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE SCHEDULES AND CHAPTER 13 PLAN

The debtor, Jacqueline Cushing, ("Debtor"), through the undersigned, requests that the Court extend the time for the Debtor to file Schedules and the Chapter 13 Plan herein and in support states:

1. The Debtor files this bankruptcy case on July 28, 2023 without schedules and other required documents.

2. The Court entered a Notice of Deficient Filing giving the Debtor 14 days to file the missing schedules and other required information.

3. The Debtor wishes to proceed with this case with counsel who is to file all required schedules and the Chapter 13 Plan.

4. Debtors' Voluntary Petitions were filed on an emergency basis due to various pressures the Debtors were experiencing from multiple creditors.

5. As a result of this, Debtors request additional time to retain counsel so that the required documentation may be completed by counsel.

6. Debtor has placed multiple phone calls and inquiries to multiple law offices in order to obtain counsel but is waiting to hear back.

7. Upon obtaining counsel, debtors will need sufficient time to allow counsel to prepare documents.

8. This requested extension is not made for the purpose of delay or any other improper or dilatory purpose but rather to permit Debtors to provide a complete and accurate copy of the Required Filings.

WHEREFORE, the Debtor requests entry of an order extending the time for the filing of Schedules and Chapter 13 Plan to August 31, 2023 and further relief the Court deems just and proper.

Dated: August 9, 2023.

BY: *Jacqueline M. Cushing*
/s/ Jacqueline Cushing
(860) 710-0827
ackiej25@aol.com
8149 Woodsworth Drive,
Orlando, FL 32817

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished either by electronic transmission or by to: Laurie K. Weatherford, Chapter 13 Trustee, PO Box 3450, Winter Park, FL 32790 and to all creditors and interested parties on Debtor's mailing matrix on this 9nd day of August, 2023.

BY: /s/ Jacqueline Cushing
(860) 710-0827
ackiej25@aol.com
8149 Woodsworth Drive,
Orlando, FL 32817