# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE                                              CASE NO.  6:23-bk-03027-GER
                                                   CHAPTER 13

**Jacqueline Marie Cushing**
**dba Timelessly Vintage Collection**
            **Debtor**
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as attorney for SHIH-CHUN LIN, a creditor of the above style debtor.

Pursuant to the provisions of the Local Rule 2002-1(e), request is hereby made that the undersigned counsel be placed on the LOCAL RULE 1007-2 PARTIES IN INTEREST LIST and that copies of all notices, orders and other pleadings filed herein be served upon the undersigned.

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was delivered to the addresses on the attached mailing list by First Class U.S. Mail Postage pre-paid and/or electronic mail this  10th  day of August, 2023.

                                                   Respectfully submitted,

                                                   /s/Jason A. Weber
                                                   Jason A. Weber, Esq.
                                                   Fla. Bar No. 0051681
                                                   Counsel for Secured Creditor

TIFFANY & BOSCO, P.A.
1000 Corporate Drive, Suite 150
Fort Lauderdale, Florida 33334
Telephone: (954) 828-1118
Facsimile: (954) 828-1101
Toll Free: (800) 826-1699
jaw@tblaw.com

**MAILING LIST**
Case No. **6:23-bk-03027-GER**

*Debtor*
Jacqueline Marie Cushing
8149 Woodsworth Drive
Orlando, FL 32817


Laurie K Weatherford
P. O. Box 3450
Winter Park, FL  32790

U.S. Trustee
United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

                                             /s/Jason A. Weber
                                             Counsel for Secured Creditor