[jiffyordnh] [Bench Order No Hearing +]

**ORDERED.**

**Dated: August 17, 2023**

*Grace E. Robson*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:23–bk–03027–GER
Chapter 13

Jacqueline Marie Cushing
dba Timelessly Vintage Collection

_____Debtor*_____/

**ORDER ON MOTION TO EXTEND DEADLINE TO FILE SCHEDULES, STATEMENTS, AND CH. 13 PLAN**

THIS CASE came on for consideration without a hearing of the **Motion to Extend Deadline to File Schedules, Statements, and Ch. 13 Plan** (Doc. **14** ), filed by **Jacqueline Cushing** .

The Court having considered the record, the Motion to Extend Deadline to File Schedules, Statements, and Ch. 13 Plan is Granted In Part And Denied In Part .

The Debtor shall have through August 25, 2023 to file all schedules, statements and chapter 13 plan.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non–CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.